Probation Form No. 35
(1/92)

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.  Docket No. 1: 15 CR 00668-001 (PKC)

James Briggman

On August 8, 2018, the above named was placed on supervised release for a period of three (3) years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that James Briggman be discharged from supervised release..

Respectfully submitted,

by _____
Robert L. Walsh
U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Date this 26th day of February, 20 20.

_____
Honorable P Kevin Castel
Senior U.S. District Judge